1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 401
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  MARILYN DOUGLASS

6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MARILYN DOUGLASS, | **Case No.: 2:12-cv-05946-MMM-DTB** |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| NORTHSTAR LOCATION SERVICES, LLC., | |
| Defendant. | |

NOW COMES the Plaintiff, MARILYN DOUGLASS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: 9/11/2012           KROHN & MOSS LTD

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
MARILYN DOUGLASS

1

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on September 11, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.