Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MARILYN DOUGLASS

## UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA,
## WESTERN DIVISION

| | |
|---|---|
| MARILYN DOUGLASS, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSTAR LOCATION SERVICES, LLC., <br><br> Defendant. | Case No.: 2:12-cv-05946-MMM-DTB <br><br> **VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, MARILYN DOUGLASS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 10, 2012                             KROHN & MOSS, LTD.


                                                    By: /s/ Ryan Lee, Esq.
                                                    Ryan Lee, Esq.
                                                    Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.

Ryan Lee, Esq